JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY CASTALDI,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY and DOES 1-50,<br><br>　　　　Defendants. | CASE NO. 5:17-cv-01280 PA(SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: February 8, 2017<br>Trial Date:　　　May 15, 2018 |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice,

**IT IS HEREBY ORDERED THAT:**

　　1.　　This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

　　2.　　Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:　January 26, 2018　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Hon. Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　United States District Court